

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |  |
|---|---|---|---|
| IN RE: THE COMMITMENT OF GEORGE DYER | § | No. 08-22-00221-CV | |
| | § | Appeal from the | |
| Appellant. | § | 147th District Court | |
| | § | of Travis County, Texas | |
| | § | (TC# D-1-GN-20-007813) | |
| | § | | |
| | § | | |

# **O R D E R**

The Court GRANTS the Appellant's second motion for extension of time within which to file the brief until **January 23, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Teresa Simpson Dunsmore, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 23, 2023.

IT IS SO ORDERED this 28th day of December, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Alley, JJ.